# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Randall Eadens,<br><br>             Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>             Defendant. | Court File No.: 17-cv-00861-DSD-KMM<br><br>**STIPULATION OF DISMISSAL** |

Come now the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  April 30, 2018.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.**

*s/ Hal A. Shillingstad*
Hal A. Shillingstad, #195777
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  (612) 339-1818
Fax:  (612) 339-0061
david.mckinney@ogletreedeakins.com

Eric P. Mathisen (admitted *pro hac vice*)
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Telephone: (219) 242-8649
Fax: (219) 242-8669
eric.mathisen@ogletreedeakins.com
*Attorneys for Defendant*

2

Dated: April 30, 2018                    **FIELDS LAW FIRM**

*s/ Zachary Schmoll*
Zach Schmoll, #0396093
Stephen Fields, 0276571
701 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: (612) 370-1511
Zach@Fieldslaw.com
Steve@Fieldslaw.com
***Attorneys for Plaintiff***

33818086.1