# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Randall Eadens,<br><br>        Plaintiff,<br>v.<br><br>Liberty Life Assurance Company of Boston,<br><br>        Defendant. | Court File No.: 17-cv-00861-DSD-KMM<br><br>**ORDER OF DISMISSAL** |

In accordance with the Stipulation of Dismissal [Docket # 25] submitted by the parties on April 30, 2018, this cause of action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 30, 2018

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court